

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00028-CV

GRAY GLOVE DELIVERY LLC, APPELLANT

V.

SUMMIT NGA BRIDGEFIELD CASUALTY INSURANCE CO., APPELLEE

On Appeal from the County Court at Law No. 2
Potter County, Texas
Trial Court No. 111843-2-CV, Honorable Matthew H. Hand, Presiding

June 3, 2025

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Gray Glove Delivery LLC, appeals from the trial court's *Default Judgment*. Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning

the payment of costs, costs will be taxed against Appellant.  *See* TEX. R. APP. P. 42.1(d).

No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam